JESSIE RIDER, Appellant, v. WILLIAM LANGO, Respondent.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. All concur, except Crosby, P. J., and Harris, J., who dissent and vote for affirm-

ance. (The judgment is for defendant in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.